Case 2:08-cv-06777-GAF-PJW   Document 32   Filed 06/29/09   Page 1 of 1   Page ID #:877
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBINSON and BELAY GEBRE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN CORPORATE SECURITY, INC., a California corporation and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO: CV 08-6777-GAF (PJWx)<br><br>**ORDER** |

Defendant's Motion to Remand having come before this Court, and after due consideration of papers submitted and on file herein.

**IT IS ORDERED**, that Defendant's Motion to Remand is **GRANTED**.

The matter is hereby remanded to the Los Angeles Superior Court.   Defendant to give notice.

The hearing scheduled for July 6, 2009 is VACATED.

**IT IS SO ORDERED** this 29th day of June, 2009.

*[signature: Gary Feess]*

Judge Gary Allen Feess
United States District Court

1
ORDER